



FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 1 5 2015

TYLER TEXAS
PAM ESTES, CLERK

October 12, 2015

**LEGAL MAIL VIA USPS PRIORITY**

12th Court of Appeals
1517 West Front Street
Ste 354
Tyler, TX 75702

    Re:  Kimberly Bowman v. The State of Texas
       Case No.: 12-14-00154-CR

Dear Clerk:

Enclosed please find check no. 12023 payment for the clerk's record and reporter's record, in reference to the case referenced above. I've also enclosed a prepared priority envelope for the record to be mailed back to us.

Should you need anything else, please contact our office at 407-388-1900.

Sincerely,

**BROWNSTONE, P.A**

*Jessica Torres*

Jessica Torres
Legal Assistant

Encl.

PRIDE, PASSION, AND THE PURSUIT OF WINNING THE ARGUMENT ON APPEAL

Phone 407.388.1900 • Fax 407.622.1511
201 N. New York Avenue, Suite 200 • P.O. Box 2047 • Winter Park, Florida 32790-2047
www.brownstonelaw.com